UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

Mary Card,

               Plaintiff,               3:24-CV-0481 (MJK)

v.

Frank Bisignano,
Commissioner of Social Security,

               Defendant.
_____

Peter Gorton, Esq., attorney for Plaintiff
Kristina Cohn, Esq., Special Assistant United States Attorney for Defendant

## DECISION AND ORDER

Before the court is Card's Amended Notice of Motion for Additional Attorney's Fees ("Revised Motion") pursuant to 42 U.S.C. §406(b)(1). (Dkt. No. 19). The Commissioner filed a response. (Dkt. No. 20). Card's counsel attests that the Amended Motion was sent to Card in accordance with L.R. 5.5(g)(2).[1] The parties consented to the jurisdiction of the Magistrate Judge. (G.O. 18 and Dkt. No. 7).

---

[1] The obligation to attest that the plaintiff has been notified of the fee motion is now found at Section F(2) of G.O. 18.

Card entered a contingency fee contract with her attorney, Peter Gorton (Dkt. No. 19-4), pursuant to which Card agreed to a twenty-five percent (25%) contingency fee on all past due benefits awarded to her, subject to repayment of any fees paid to her counsel under the Equal Access to Justice Act ("EAJA"). Attorney Gorton seeks the total sum of $17,360.50, noting his obligation to refund Card the sum of $6,590.28 which he previously received, which was awarded by a stipulated order (Dkt. No. 19-1, ¶2) under EAJA (dkt. 19-2, pgs,2,4).

Attorney Gorton attests that he was retained by Card on May 15, 2021. Dkt. 19-1, ¶3.[2] He represented Card at her first hearing and subsequent appeal to the Appeals Council, which was then appealed to this Court, resulting in a remand on March 15, 2023. *Id.* Attorney Gorton then represented Card in her second administrative hearing and subsequent appeal to this Court. Attorney Gorton filed a complaint on April 5, 2024 (Dkt. No. 1), and a brief on September 13, 2024 (Dkt. No. 9) which resulted in a stipulated order of remand on September 30, 2024 (Dkt. No. 14). Judgment was entered on October 2, 2024. (Dkt.

---

[2] Attorney Gorton's retention was confirmed in a written retainer agreement dated November 4, 2022. (Dkt. No. 19-4).

15.). On remand, the Administrative Law Judge issued a fully favorable Decision awarding benefits to Card. (Dkt. 18-3)  The Notice of Award was issued by the Commissioner and is dated November 24, 2025. (Dkt. No. 19-3).

The Court must determine whether the attorney's fees award requested is reasonable. *See Gisbrecht v. Barnhart,* 535 U.S. 789, 798 n.6 (2002). To make this finding, the court considers the factors set forth in *Fields v. Kijakazi,* 24 F.4th 845,853-56 (2d Cir. 2022). First, the fully favorable outcome achieved by Attorney Gorton speaks for itself. Second, as the record shows, Attorney Gorton was not responsible for any undue delay (for example, the record was filed by the Commissioner on August 1, 2024 (Dkt. No. 10), and Card's brief was filed on September 13, 2024 (Dkt. No. 12)). Third, Attorney Gorton has more than thirty years of experience, and his practice is highly concentrated in the handling of Social Security Disability cases at the administrative level and before federal courts. (Dkt. No. 19-1, ¶ 4). Fourth, the hours spent by Attorney Gorton reflect his efficiency in handling these types of cases. (Dkt. 19-2, pgs. 1,3) Fifth, there is no evidence that Card is unsatisfied with his efforts. Sixth, the nature of these cases makes a

favorable result uncertain, yet the effort to achieve the result is a constant.

The court finds that the effective hourly rate of $629.01 (Dkt. No. 19-1, ¶6) is reasonable given Attorney Gorton's experience and the Court's understanding of hourly rates charged by attorneys with that level of experience in this community. The Court finds that the total fee is reasonable and will not exceed 25% of the total of Card's past-due benefits in the amount of $69,442.

**WHEREFORE**, it is hereby

**ORDERED**, that the amended motion is granted, and Attorney Peter Gorton is awarded attorney's fees in the amount of $17,360.50, and it is further

**ORDERED**, that Attorney Peter Gorton shall refund to Card any fees he previously received under the EAJA, to wit, $6,590.28.

Dated: December 8, 2025.

                                                            Hon. Mitchell J. Katz
                                                           U.S. Magistrate Judge